UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOSHUA J. MOES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:23-cv-00328-DRL-SJF |
| | ) |
| GOSHEN HOSPITAL ASSOCIATION INC., | ) |
| d/b/a GOSHEN HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Joshua J. Moes, and Defendant, Goshen Hospital Association Inc., d/b/a Goshen Hospital, stipulate and agree to the dismissal with prejudice of all claims in this lawsuit, with each party to bear his or its own costs and attorneys' fees.  Plaintiff's consent to this dismissal is attached as Exhibit A.

Dated:  September 25, 2024

Respectfully Submitted,

*Joshua J. Moes (with permission)*
Joshua J. Moes
720 Rex Street
Plymouth, IN 46563

*Pro Se Plaintiff*

*Scott James Preston*
Scott James Preston, IN 25436-49
Anthony J. Simonton, Atty. No. 35647-29
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
*scott.preston@ogletree.com*
*anthony.simonton@ogletree.com*

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail.

Joshua Moes  
720 Rex Street  
Plymouth, IN 46563

*s/ Scott James Preston*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076